# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129960

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NATHAN WILSON,
      Defendant-Appellant.

SC: 129960
COA: 264283
Wayne CC: 96-003331

_____/

      On order of the Court, the application for leave to appeal the September 21, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. We note that relief is not prohibited by MCR 6.502(G) because this appeal does not involve the denial of a motion for relief from judgment. Rather, defendant filed a petition for DNA testing under MCL 770.16. However, defendant has failed to demonstrate that the DNA evidence he seeks would be material to his identity as the perpetrator under MCL 770.16(3).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

Clerk

d0320